NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GARY R. THOMAS and GEORGIA M. THOMAS, )
)
)
Appellants, )
)
v. )            Case No. 2D16-4719
)
US BANK TRUST, N.A., AS TRUSTEE )
FOR LSF8 MASTER PARTICIPATION )
TRUST, )
)
Appellee. )
_____ )

Opinion filed February 14, 2018.

Appeal from the Circuit Court for Polk
County; Larry Helms, Judge.

Lee Segal of Florida Foreclosure & Credit
Defense Firm, P.L., Clearwater, for
Appellants.

Ira Scot Silverstein of Ira Scot Silverstein,
PLLC, Fort Lauderdale, and Richard S.
McIver of Kass Shuler, P.A., Tampa,
for Appellee.


PER CURIAM.


                Affirmed.


CASANUEVA, SLEET, and LUCAS, JJ., Concur.